# EXHIBIT B

| District Court, _Pueblo_ County, Colorado | |
|---|---|
| Court Address: 501 N. Elizabeth Room 116, Pueblo, CO 81003 | |
| Plaintiff: Budde Renee' & Richard | ▲ COURT USE ONLY ▲ |
| v. | |
| Defendant: Trane Technologies | Case Number: D512023CV62 |
| | Division: 406  Courtroom: |

## DISTRICT COURT CIVIL SUMMONS

**TO THE ABOVE NAMED DEFENDANT:** Trane Technologies

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: 1/22/2024

Clerk of Court/Clerk

Signature of Plaintiff: Renee' R Budde & Richard R Budde

Address of Plaintiff: 2257 S. Dover Way, Lakewood, CO 80227

Plaintiff's Phone Number: 303-518-6313

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

**TO THE CLERK:** If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

JDF 600   R10-13   DISTRICT COURT CIVIL SUMMONS

**FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

| | |
|---|---|
| District Court 10th Judicial District Pueblo County, Colorado Court<br>Address: 501 N. Elizabeth St. Room 116<br>Pueblo, CO 81003<br><br>Plaintiff(s): Renee Budde and Richard Budde v.<br>Defendant(s): Trane Technologies | ▲ COURT USE ONLY ▲<br><br>JAN 2 2 2024 |
| Attorney or Party Without Attorney (Name and Address):<br>Renee and Richard Budde<br>2257 S. Dover Way<br>Lakewood, CO 80227<br><br>Phone Number: 303.518.6313<br><br>E-mail: authorreneebudde@gmail.com<br>FAX Number: NA<br>Atty. Reg. #: NA | Case Number:<br><br>2023CV62<br><br>Div 406 |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

    ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

- 
- This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

    By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."

**Or**

Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

xx

3. This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Date: 11/30/23        _____
                      Renee Budde, Plaintiff

                      _____
                      Richard Budde, Plaintiff


**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

[Final version filed with the court will include certificate of service and Plaintiffs will pay the jury fee at the time of filing]

**FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

| | |
|---|---|
| District Court 10th Judicial District Pueblo County, Colorado Court<br>Address: 501 N. Elizabeth St. Room 116<br>Pueblo, CO 81003<br><br><br>Plaintiff(s): Renee Budde and Richard Budde v.<br>Defendant(s): Trane Technologies | ▲ COURT USE ONLY ▲<br><br>JAN 2 2 2024 |
| Attorney or Party Without Attorney (Name and Address):<br>Renee and Richard Budde<br>2257 S. Dover Way<br>Lakewood, CO 80227<br><br>Phone Number: 303.518.6313<br><br>E-mail: authorreneebudde@gmail.com<br>FAX Number: NA<br>Atty. Reg. #: NA | Case Number: |
| **COMPLAINT AND JURY DEMAND** | |

Come now the Plaintiffs, Renee and Richard Budde, and for their complaint against Defendant Trane Technologies, state as follows:

1. The Plaintiffs purchased our historic property located at *********[Beulah address]******* on 10/30/17.
2. On 11/15/19 our 40-year-old furnace died.
3. The reputable RBuck HVAC, 5 Star voted best of Pueblo 2019-2023 came highly recommended by multiple people. They repaired the 40-year-old furnace, and a replacement was discussed.
4. On 11/18/19 we purchased a top-of-the-line American Standard furnace manufactured by Trane Technologies from an authorized dealer, Rbuck HVAC. According to the owner's manual Trane represents the furnace as "designed to perform, year after year." It came with a ten-year warranty.

5. Furnace was installed on 12/9/19 by RBuck HVAC, including a new Honeywell thermostat.
6. Upon installation, both Plaintiffs and installer verified the furnace was working correctly, and in conjunction with the thermostat.
7. Furnace and thermostat continued to work properly for two full winters with the minor exception involving high efficiency air filters on 12/31/20.
8. On 12/31/20 RBuck came to service our newly purchased American Standard furnace due to the furnace not reaching desired temp. It was determined the air filters were too efficient. The air filter was temporarily removed, and the furnace functioned as it should. A new lighter filter was installed. The lighter filters were used after that service call with no further issues.
9. On 12/14/22 the Plaintiffs prepared to leave for two weeks. They opened all internal doors throughout the house, as well as sink cabinet doors for air flow, shut the draperies and turned the thermostat to 55 degrees as recommended by Consumer Reports.
10. Between 12/22 and 12/24/22 Colorado had an extraordinary subzero cold snap.
11. On the evening of 12/27/22 the homeowners returned to the home to the stark temperature of 34 degrees and the sound of rushing water.
12. Mr. Budde ran to shut off the water.
13. Upon further investigation, the thermostat remained set at 55, but the temperature in the house was 34 degrees. The furnace was cycling, attempting to fire. The Plaintiff turned the thermostat to 70 degrees in an attempt to reset the furnace. It lit, but the blower did not engage, and no heat was distributed throughout the house. Homeowners determined the furnace was not operating correctly and shut off the furnace at the thermostat.
14. The failure of the furnace had lead to frozen, bursting pipes in our historic home. Had the furnace worked, and the temperature in the home stayed at the 55 degrees at which the thermostat was set, the pipes would not have burst.
15. The event is well documented in real time on Facebook through videos and photos.
16. Without an operational furnace, the homeowner turned to multiple heat sources, including their wood stove, kerosene and several electric heaters and an electric blanket to warm the home to tolerable and to prevent further damage.
17. The following day, 12/28/22, Plaintiffs called RBuck. It would be 12/29/22 before RBuck could send out a tech. Flow-Right was called to repair the two pipes. It would be late on 12/30/22 before Flow-Right would arrive. We began clean-up.
18. Technician Matt at RBuck diagnosed the problem: the control module for the furnace was out. Matt told Plaintiffs it would be 1/3/23 before the part would arrive from Grand Junction. After extensive delays the new furnace control module was installed but did NOT fix the problem. Matt called Trane's tech

support. Trane tech support informed Matt that the schematics were wrong-- the actual problem was not the furnace control module, but the blower control module. The correct part was located locally and installed 1/5/23. The furnace was tested. It worked.

19. As a result of the furnace failure and delay in repair, homeowners have incurred, and continue to incur, the following damages:
    a. Extensive water damage to subfloors, hardwood floors, carpets, tile, walls, doors, fixtures, in the following areas of the home: hallway, master bedroom, master bath, master closet, laundry/sewing room;
    b. plumbing repairs;
    c. one cord of firewood, 10 gal of kerosene, propane to support a hot water tank running 24/7; excess water usage; excessive electric bill to supply heat;
    d. five days times two people needed to tear out and clean-up, and multiple unplanned trips from alternate residence;
    e. the loss of use and enjoyment of our home.
20. If not for the faulty Trane furnace part, none of this would have happened.
21. Wherefore, Plaintiff's demand judgment against Defendant Trane in the amount established by the evidence plus interest and cost.

Respectfully submitted,

*/s/ Renee R Budde/*

*/s/ Richard P Budde/*

Renee and Richard Budde 11/30/23

[this is proposed. Final version will include certificate of service and will restate the jury demand if required in addition to the civil cover sheet.]

Dated: November 29, 2023                                              Renee and Richard Budde

                                                                      Plaintiffs

## Certificate of Service

    I certify that on November 30, 2023, a true and accurate copy of the Plaintiff's request for MOTION TO MOVE THE CASE TO DISTRICT COURT & TO QUOSH SUBPOENAES was served to Matin Fallahi [Pro Hac Vice Submitted] & Daniel J. Corley Att. reg. #55573 by email and snail mail to the following addresses:

Bowman and Brooke

101 W. Big Beaver Road Suite 1100

Troy, MI 48084

248.205.3339

matin.fallahi@bowmanandbrooke.com

daniel.corley@bowmanandbrooke.com

Signed and dated:

_Renee K Budde_  11-30-23

_Richard T. Budde_  11-30-23